UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 09-258 |
| HENRY VERGIN | SECTION "N" (3) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that excusable neglect and/or good cause did not exist for the untimeliness of the filing of defendant Henry Vergin's notice of appeal.

New Orleans, Louisiana, this 5th day June, 2013.

UNITED STATES DISTRICT JUDGE